## STATE OF HAWAII *v.* KAHUA RANCH, LIMITED.

### No. 4211.

---

APRIL 30, 1964.

TSUKIYAMA, C.J., CASSIDY, WIRTZ, JJ., CIRCUIT JUDGE JAMIESON, IN PLACE OF LEWIS, J., DISQUALIFIED, AND CIRCUIT JUDGE HAWKINS, IN PLACE OF MIZUHA, J., DISQUALIFIED.

*Per Curiam.* The second petition for rehearing in the above-entitled cause is denied without argument.

*Frank D. Padgett (Robertson, Castle & Anthony)* and *Masaji Marumoto (Marumoto, Marumoto & Chung)* for the petition.